**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA, LLC d/b/a IXO** § § | |
| **v.** § § | **CASE NO. 6:17cv124-RWS-JDL** |
| **EXINDA, INC** § | |

## FINAL JUDGMENT

Pursuant to the Stipulated Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Realtime Data, LLC d/b/ IXO filed suit against Defendant Exinda, LLC on February 27, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 25th day of May, 2018.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE